UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>CONNELL MOTOR TRUCK CO., INC., a California Corporation; WILSON WAY TIRE CO., INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | CIV. NO. 2:14-01548 WBS KJN<br><br>ORDER OF RECUSAL |

----oo0oo----

        The court has received a timely corporate disclosure statement on behalf of defendant Wilson Way Tire Co., Inc., but does not have any such statement pertaining to defendant Connell Motor Truck Co. Because the undersigned judge cannot determine with any degree of certainty that he does not have a financial interest in that defendant within the meaning of 28 U.S.C. §

1

455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned.

　　　　IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

　　　　IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated: December 3, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2